Barbara B. Maroney, Esq. #010995
**LAW OFFICE OF BARBARA MARONEY, P.C.**
**29834 N. CAVE CREEK RD. STE. #118/336**
**CAVE CREEK AZ 85331**
(602) 971-4440 TEL
(866) 357-7126 FAX
*BBM@maroneylawfirm.com*

Attorney for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>    KEN VOLK,<br><br>        Debtor.<br><br>FRANK PANKOW,<br><br>    Plaintiff/Judgment Creditor,<br><br>vs.<br><br>KEN VOLK,<br><br>    Defendants/Judgment Debtor.<br><br>RUSSELL BROWN, CHAPTER 13 TRUSTEE,<br><br>    Garnishee. | CASE NO. 2:16-AP-00547 DPC<br><br>**APPLICATION FOR WRIT OF GARNISHMENT**<br><br>(NON-EARNINGS) |

1. Applicant is the above-captioned Judgment Creditor.

2. The Applicant has a good faith belief that either:

a. The Garnishee is indebted to the Judgment Debtor for monies which are not earnings; or
b. The Garnishee is holding non-exempt monies on behalf of the Judgment Debtor; or
c. The Garnishee has in its possession non-exempt personal property belonging to the Judgment Debtor;

3. The Judgment balance is:

| | |
|---|---|
| Current Principal | $10,000.00 |
| Interest to 12/6/2017 at .45 pd | 132.75 |
| TOTAL JUDGMENT | $10,132.75 |

Interest accrues at the rate of .049% per annum.

4. The address of the Garnishee is as follows:

RUSSELL BROWN, CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

RESPECTFULLY SUBMITTED: December 8, 2017.

LAW OFFICE OF BARBARA MARONEY, P.C.

By /s/ Barbara Maroney
Barbara B. Maroney, Esq.
Attorney for Plaintiff